AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

**Jul 08, 2025**

SEAN F. McAVOY, CLERK

JARED ANTHONY WINTERER

|                         |     |
|-------------------------|-----|
| *Plaintiff*             | )   |
| v.                      | )   |
| SOLICITOR GENERAL OF THE UNITED STATES | ) |
|                         | )   |
| *Defendant*             |     |

Civil Action No.   2:25-CV-00141-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ other: Pursuant to the Court Order at ECF No. 10, Petitioner's applications to proceed in forma pauperis, ECF Nos. 2 and 6, are DENIED.
This action is DISMISSED WITHOUT PREJUDICE for non- payment of the filing fee as required by 28 U.S.C. § 1914.
Judgment of Dismissal without prejudice is entered.

This action was *(check one)*:

❑ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian.

Date:  7/8/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony

*(By) Deputy Clerk*

Brian Molony